Petition for Writ of Mandamus Denied and Memorandum Opinion filed
October 23, 2003









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed October 23, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01125-CV

____________

 

IN RE WILLIE RAY MCDONALD, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On October 8, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  In his petition, relator
seeks to have this Court compel the Honorable Thomas R. Culver, III, presiding judge of the 240th District Court of Fort Bend
County to rule on an application for a pre-trial writ of habeas corpus, in
which he complained of wrongful disclosure of privileged attorney-client
communications.  Relator
fails to establish that he is entitled to extraordinary relief.  See Barnes v. State, 832 S.W.2d 424,
426 (Tex. App.CHouston [1st Dist.] 1992, orig.
proceeding). 

We deny relator=s petition for writ of mandamus. 

PER CURIAM

Petition Denied
and Memorandum Opinion filed October 23, 2003.

Panel consists of
Justices Edelman, Frost, and Guzman.